AKERMAN LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Eric S. Powers, Esq.
Nevada Bar No. 12850
1160 N. Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
darren.brenner@akerman.com
eric.powers@akerman.com

*Attorneys for Deutsche Bank National Trust Company as Indenture Trustee under the Indenture Relating to JMH Assets, Corp Collateralized Asset-Backed Bonds, Series 2005-4, a New York Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEW START ASSET RECOVER, LLC, a Nevada LLC, | CASE NO.: 2:15-cv-01940-JAD-CWH |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| STEPHEN R. USIAK and ROSA M. USIAK, husband and wife as Joint Tenants; DEUTSCHE BANK NATIONAL TRUST COMPANY as Indenture Trustee under the Indenture Relating to JMH Assets, Corp Collateralized Asset-Backed Bonds, Series 2005-4, a New York Corporation; TRUSTEE CORPS, a California Company, Successor Trustee; and DOES 1 through 100, inclusive | |
| Defendants. | |

PLEASE TAKE NOTICE that the law firm of Akerman LLP, hereby enters its appearance as counsel on behalf of Deutsche Bank National Trust Company as Indenture Trustee under the Indenture Relating to JMH Assets, Corp Collateralized Asset-Backed Bonds, Series 2005-

///

///

{36211141;1}                                    1

AKERMAN LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

4, a New York Corporation., and respectively requests that the special master, clerk and all parties to this action provide notice of all orders and papers filed in this matter.

Respectfully submitted,

DATED this 10th day of November, 2015.

**AKERMAN LLP**

*/s/ Eric S. Powers, Esq.*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Eric S. Powers, Esq.
Nevada Bar No. 12850
1160 N. Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Deutsche Bank National Trust Company as Indenture Trustee under the Indenture Relating to JMH Assets, Corp Collateralized Asset-Backed Bonds, Series 2005-4, a New York Corporation*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 10th day November, 2015, I served via CM/ECT electronic filing system, and/or deposited for mailing in the U.S. Mail postage prepaid, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** addressed as follows:

New Start Asset Recovery, LLC
7380 S. Eastern Avenue, Suite 1240
Las Vegas, NV 89123
(702) 321-1419

*Plaintiff In Pro Per*

*Julia M. Diaz*
An Employee of AKERMAN LLP