DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ERIC S. POWERS, ESQ.
Nevada Bar No. 12850
Akerman LLP
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
E-mail:  darren.brenner@akerman.com
E-mail:  eric.powers@akerman.com

*Attorneys for Defendant Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-4*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW START ASSET RECOVERY, LLC, a Nevada LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>STEPHEN R. USIAK and ROSA M. USIAK, husband and wife as Joint tenants; DEUTSCHE BANK NATIONAL TRUST COMPANY as Indenture Trustee under the Indenture Relating to JMH Assets, Corp Collateralized Asset-Backed Bonds, Series 2005-4, A New York Corporation; TRUSTEE CORPS, a California Company, Successor Trustee and DOES 1 through 100, inclusive<br><br>                    Defendants. | Case No. 2:15-cv-01940-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEUTSCHE BANK TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 26-4, Plaintiff New Star Asset Recovery, LLC (**Plaintiff**) and Defendant Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-4 (**Defendant** or **Deutsche**), submit this Stipulation to extend the time in which Defendant has to file a responsive pleading to Plaintiff's Complaint, filed on October 8, 2015.  ECF No. 1.   Plaintiff's Complaint sets

{36691701;1}

forth the following claims for relief: 1) Violation of the Fair Debt Collection Practices Act (**FDCPA**); 2) NRS 116.3116(2); 3) Negligence; 4) Loss of Security due to bad securitization; 5) Failure to submit claims to mediation pursuant to NRS 38.310(1)(a); and 6) Declaratory Judgment/Quiet Title.

Pursuant to Stipulation of the parties, Defendant shall have up to and including December 1, 2015, to file a responsive pleading. This stipulation is in order to address current time constraints on defense counsel.

DATED this 30th day of November, 2015

DATED this 30th day of November, 2015

**AKERMAN, LLP**

/s/ *Eric S. Powers, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ERIC S. POWERS, ESQ.
Nevada Bar No. 12850
Akerman LLP
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-4*

/s/ *Philippe Laurent, Esq.*
PHILIPPE LAURENT, Managing Member of
New Start Asset Recovery, LLC
7380 S. Eastern Avenue, Suite #124
Lasa Vegas, Nevada 89123

*Plaintiff Pro Se*

## **ORDER**

IT IS SO ORDERED.

Dated December 2, 2015

_____
UNITED STATES MAGISTRATE JUDGE CARL W. HOFFMAN

{36691701;1}

2