DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
ERIC S. POWERS, ESQ.
Nevada Bar No. 12850
Akerman LLP
1160 N. Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
E-mail: darren.brenner@akerman.com
E-mail: eric.powers@akerman.com

*Attorneys for Defendant Deutsche Bank National Trust Company as Indenture Trustee under the Indenture Relating to JMH Assets, Corp Collateralized Asset-Backed Bonds, Series 2005-4*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW START ASSET RECOVERY, LLC, a Nevada LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN R. USIAK and ROSA M. USIAK, husband and wife as Joint tenants; DEUTSCHE BANK NATIONAL TRUST COMPANY as Indenture Trustee under the Indenture Relating to JMH Assets, Corp Collateralized Asset-Backed Bonds, Series 2005-4, A New York Corporation; TRUSTEE CORPS, a California Company, Successor Trustee and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01940-JAD-CWH<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT DEUTSCHE BANK**<br><br>and ORDER |

Plaintiff, New Start Asset Recovery, LLC (**Plaintiff**) and Defendant, Deutsche Bank National Trust Company as Indenture Trustee under the Indenture Relating to JMH Assets, Corp Collateralized Asset-Backed Bonds, Series 2005-4 (**Defendant or Deutsche Bank**), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, file this joint stipulation of dismissal as to Deutsche Bank. Plaintiff and Deutsche Bank request that the Court dismiss all claims asserted in the

{37015411;1}

above-captioned action by Plaintiff, against Deutsche Bank, **with prejudice**. It is further stipulated that each party shall bear its respective attorneys' fees and costs in this matter.

DATED this 18th day of December, 2015.

| AKERMAN, LLP | |
|---|---|
| /s/ *Eric S. Powers* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> ERIC S. POWERS, ESQ. <br> Nevada Bar No. 12850 <br> Akerman LLP <br> 1160 N. Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Deutsche Bank National Trust Company, as Indenture Trustee under the Indenture Relating to IMH Assets Corp., Collateralized Asset-Backed Bonds, Series 2005-4* | /s/ *Philippe Laurent* <br> PHILIPPE LAURENT, <br> Managing Member of New Start Asset Recovery, LLC <br> 7380 S. Eastern Avenue, Suite #124 <br> Las Vegas, Nevada 89123 <br><br> *Plaintiff Pro Se* |

## ORDER

The court **construes this stipulation** to dismiss plaintiff's claims against Deutsche Bank National Trust Company with prejudice **[ECF 13] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF 13] is GRANTED, and all claims against Deutsche Bank National Trust Company are DISMISSED with prejudice**, each party to bear its own fees and costs. Deutsche Bank's motion to dismiss [ECF 9] is DENIED as moot.

_____
Jennifer Dorsey
United States District Judge
December 18, 2015

{37015411;1} 2